George Mitchell MOORE *v.* STATE of Arkansas

CR 98-478                                                966 S.W.2d 266

Supreme Court of Arkansas
Opinion delivered May 14, 1998

*John R. Irwin*, for appellant.

*Winston Bryant*, Att'y Gen., by: *Mac Golden*, Asst. Att'y Gen., for appellee.

PER CURIAM. George Mitchell Moore, by his attorney, has filed a motion to file belated appeal, which we will treat as a motion for rule on the clerk.

The motion admits that the record was not timely filed and that it was no fault of the appellant.

■ This court has held that we will grant a motion for rule on the clerk when the attorney admits that the record was not timely filed due to an error on his part. *See, e.g., Tarry v. State*, 288 Ark. 172, 702 S.W.2d 804 (1986). Here, the attorney does not admit fault on his part. We have held that a statement that it was someone else's fault or no one's fault will not suffice. *Clark v. State*, 289 Ark. 382, 711 S.W.2d 162 (1986). Therefore, appellant's motion must be denied.

The appellant's attorney shall file within thirty days from the date of this per curiam a motion and affidavit in this case accepting full responsibility for not timely filing the transcript, and upon filing same, the motion will be granted and a copy of the opinion will be forwarded to the Committee on Professional Conduct.

The present motion for rule on the clerk is denied.